FORM 18

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ZHEJIANG JINGU COMPANY LIMITED<br><br>　　　　　　　Plaintiff,<br>v.<br><br>UNITED STATES,<br>　　　　　　　Defendant. | Court No. 19-00186 |

## NOTIFICATION OF TERMINATION OF ACCESS
## TO BUSINESS PROPRIETARY INFORMATION
## PURSUANT TO RULE 73.2(c)

Ting-Ting Kao declares that (check one)

1)  TERMINATION BY AN INDIVIDUAL

☒   I am an attorney/consultant representing or retained on behalf of Zhejiang Jingu Company Limited in this action. I hereby give notice that I am no longer involved in the litigation in this action and, therefore, I have terminated my access to Business Proprietary Information in such action. I certify that I have not retained any documents, including copies of documents, work papers, notes or records in electronic media, containing Business Proprietary Information, except as may be authorized by the court or agency for use in the following action or administrative proceeding:

<u>Zhejiang Jingu Company Limited v. United States, Court No. 19-00186</u>

2)  TERMINATION BY A FIRM

☐   I am an attorney representing _____ in this action [and the parties indicated in the actions listed on the attached schedule]. I hereby give notice that, because of the termination of all litigation in this action [and those actions listed on the attached schedule] or otherwise, I have terminated the access to Business Proprietary Information by myself, the other attorneys and staff of my firm, and any consultants whose access to Business Proprietary Information under Rule 73.2(c) and Administrative Order No. 02-01 is subject to the direction and control of myself or a member of my firm. I certify that all documents, including copies of documents, work papers, notes, and records in electronic media, containing Business Proprietary Information subject to Rule

73.2(c) and Administrative Order No. 02-01 in this action [and those actions listed on the attached schedule] have been destroyed, except as may be authorized by the court or agency for use in the following action(s) or administrative proceeding(s):

I recognize that I remain bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade, and that I may not divulge the Business Proprietary Information that I learned during this action or in the administrative proceeding[s] that gave rise to the action to any person.

    /S/ Ting-Ting Kao
Ting-Ting Kao
White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005
202-626-3600

Date:  June 15, 2022